**THE THATER LAW GROUP, P.C.**
M. Lani Esteban-Trinidad
Nevada Bar No. 006967
6390 W. Cheyenne Ave., Ste. A
Las Vegas, Nevada 89108
Telephone: (702) 736-5297
Fax: (702) 736-5299
E-Mail: lani@thaterlawgroup.com

**AHAJI AMOS, PLLC**
Ahaji Amos, Esq.
North Carolina Bar No. 45358
5540 Centerview Drive, Suite 200
Raleigh, North Carolina 27606
Telephone: (919) 838-7292
Fax: (919) 838-7265
E-Mail: ahaji@ahajiamos.com
(Pro Hac Vice Pending)

*Attorneys for Defendant*
HONEY BEAR ENTERPRISES, INC.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DAJON CAPTIAL, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HONEY BEAR ENTERPRISES, INC., a corporation; SEAN MCLEAN, an individual; DOES 1-X, inclusive, and ROES CORPORATIONS 1-X, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-02624-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br>**(FIRST REQUEST)** |

Defendants HONEY BEAR ENTERPRISES, INC., and SEAN MCLEAN ("Defendants") and Plaintiff DAJON CAPITAL, INC. ("Plaintiff") by and through their undersigned counsels, hereby stipulate to a two-week extension of time to respond to Plaintiff's Motion for Summary Judgment (ECF No. 20) filed on May 15, 2017. The response is currently due on June 5, 2017.

-1-

The parties stipulate that Defendants have up to and including **June 19, 2017** in which to respond to Plaintiff's Motion for Summary Judgment. This is the first request for an extension of time to respond to the Motion for Summary Judgment. Defendants and their counsel require additional time to prepare and review an appropriate response to the Motion for Summary Judgment.

This request is sought in good faith and not for purposes of delay.

DATED this 26th day of May, 2017.    DATED this 26th day of May, 2017.

**THE THATER LAW GROUP, PC**    **HOGAN HULET PLLC**

/s/ M. Lani Esteban-Trinidad    /s/ Jeffery Hulet
M. LANI ESTEBAN-TRINIDAD    JEFFERY HULET, ESQ.
Nevada Bar No. 006967    Nevada Bar No. 10621
6390 W. Cheyenne Ave., Suite A    1140 North Town Center Drive, Suite 300
Las Vegas, Nevada 89108    Las Vegas, NV 89144

*Attorneys for Defendants*    *Attorneys for Plaintiff*
HONEY BEAR ENTERPRISES, INC.    DAJON CAPITAL, INC.
and SEAN MCLEAN

**ORDER**

IT IS SO ORDERED:

RICHARD F. BOULWARE, II
United States District Judge

DATED: May 31, 2017.