# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DAJON CAPTIAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> HONEY BEAR ENTERPRISES, INC., *et al.*, <br><br> Defendants. | 2:16-cv-02624-RFB-VCF <br> **ORDER** |

Before the Court is the Motion to Withdraw as Counsel (ECF No. 22).

IT IS HEREBY ORDERED that a hearing on the Motion to Withdraw as Counsel (ECF No. 22) is scheduled for 1:30 PM, June 9, 2017, in Courtroom 3D.

The managing partner or representative of Honey Bear Enterprises, Inc. and Sean McLean must attend the hearing. The managing partner or representative of Honey Bear Enterprises, Inc. and Sean McLean may appear telephonically. The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

Ahaji Amos, Esq. is invited to attend the hearing and may attend telephonically.

DATED this 1st day of June, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE