# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| DAJON CAPTIAL, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>HONEY BEAR ENTERPRISES, INC., *et al.*,<br><br>        Defendants. | 2:16-cv-02624-RFB-VCF<br><br>**ORDER** |

Defendants have withdrawn their Motion to Withdraw as Counsel (ECF NO. 26).

IT IS HEREBY ORDERED that the hearing on the Motion to Withdraw as Counsel (ECF No. 22) scheduled for 1:30 PM, June 9, 2017 is VACATED.

DATED this 8th day of June, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE