**THE THATER LAW GROUP, P.C.**
M. Lani Esteban-Trinidad, Esq.
Nevada Bar No. 006967
6390 W. Cheyenne Ave., Ste. A
Las Vegas, Nevada 89108
Telephone: (702) 736-5297
Fax: (702) 736-5299
E-Mail: Lani@ThaterLawGroup.com

*Attorneys for Defendant*
HONEY BEAR ENTERPRISES, INC. and
SEAN MCLEAN

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DAJON CAPTIAL, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HONEY BEAR ENTERPRISES, INC., a corporation; SEAN MCLEAN, an individual; DOES 1-X, inclusive, and ROES CORPORATIONS 1-X, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-02624-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br>**(SECOND REQUEST)** |

Defendants HONEY BEAR ENTERPRISES, INC., and SEAN MCLEAN ("Defendants") and Plaintiff DAJON CAPITAL, INC. ("Plaintiff") by and through their undersigned counsels, hereby stipulate to an additional two-week extension of time to respond to Plaintiff's Motion for Summary Judgment (ECF No. 20) filed on May 15, 2017. The response is currently due on June 19, 2017.

The parties stipulate that Defendants have up to and including **July 3, 2017** in which to respond to Plaintiff's Motion for Summary Judgment. Plaintiff's counsel and Defendants' counsel are in the process of finalizing the written details of the settlement agreement in this case. The parties anticipate that a written settlement agreement will be finalized soon. For this reason, that parties request an extension of current deadline to respond to Plaintiff's Motion for Summary Judgment.

-1-

This is the second request for an extension of time to respond to the Motion for Summary Judgment. This request is sought in good faith and not for purposes of delay.

DATED this 19th day of May, 2017.   DATED this 19th day of May, 2017.

**THE THATER LAW GROUP, PC**   **HOGAN HULET PLLC**

/s/ M. Lani Esteban-Trinidad   /s/ Jeffery Hulet
M. LANI ESTEBAN-TRINIDAD   JEFFERY HULET, ESQ.
Nevada Bar No. 006967   Nevada Bar No. 10621
6390 W. Cheyenne Ave., Suite A   1140 North Town Center Drive, Suite 300
Las Vegas, Nevada 89108   Las Vegas, NV 89144

*Attorneys for Defendants*   *Attorneys for Plaintiff*
HONEY BEAR ENTERPRISES, INC.   DAJON CAPITAL, INC.
and SEAN MCLEAN

**ORDER**

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: June 20, 2017.