**THE THATER LAW GROUP, P.C.**
M. Lani Esteban-Trinidad
Nevada Bar No. 006967
6390 W. Cheyenne Ave., Ste. A
Las Vegas, Nevada 89108
Telephone: (702) 736-5297
Fax: (702) 736-5299
E-Mail: lani@thaterlawgroup.com
*Attorneys for Defendants*
HONEY BEAR ENTERPRISES, INC.
and SEAN MCLEAN

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DANJON CAPTIAL, INC., a Nevada corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>HONEY BEAR ENTERPRISES, INC., a corporation; SEAN MCLEAN, an individual; DOES 1-X, inclusive, and ROES CORPORATIONS 1-X, inclusive,<br><br>　　　　　　　　　　Defendants. | Case No.: 2:16-cv-02624-RFB-VCF<br><br>**<u>STIPULATION AND ORDER FOR DISMISSAL OF COMPLAINT WITH PREJUDICE</u>** |

　　　　IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Danjon Capital, Inc. ("Plaintiff") and Defendant(s) Honey Bear Enterprises, Inc. and Sean McLean ("Defendants"), by and through their respective attorneys of record, that Plaintiff's Complaint against Defendants be dismissed in its entirety, **with prejudice**, with each party to bear its own fees and costs.

DATED this 28th day of June 2017.　　　　　　DATED this 28th day of June 2017.

**THE THATER LAW GROUP, PC**　　　　　　**HOGAN HULET PLLC**

/s/ M. Lani Esteban-Trinidad　　　　　　　　/s/ Jeffrey Hulet
M. LANI ESTEBAN-TRINIDAD　　　　　　JEFFREY HULET, ESQ.
Nevada Bar No. 006967　　　　　　　　　　Nevada Bar No. 10621
6390 W. Cheyenne Ave., Suite A　　　　　　1140 North Town Center Drive, Suite 300
Las Vegas, Nevada 89108　　　　　　　　　Las Vegas, NV 89144
*Attorneys for Defendants*　　　　　　　　　*Attorneys for Plaintiff*
HONEY BEAR ENTERPRISES, INC.　　　DANJON CAPITAL, INC.
and SEAN MCLEAN

1     **IT IS HEREBY ORDERED** that this action is DISMISSED with prejudice, each party to bear

2 its own fees and costs.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 3rd day of July, 2017.